1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MACQUARIE HOLDINGS (U.S.A.) INC., <br><br> Petitioner, <br><br> v. <br><br> SUZANNE RODE, <br><br> Respondent. | Case No. CV 12-00093 DMG (CWx) <br><br> **ORDER ISSUING PRELIMINARY INJUNCTION** |

---

[PROPOSED] ORDER ISSUING PRELIMINARY INJUNCTION
Case No. CV 12-00093 DMG (CWx)

1    Petitioner Macquarie Holdings (U.S.A.), Inc.'s ("Macquarie") request for
2 Preliminary Injunction came on regularly for hearing according to the Order To
3 Show Cause Hearing set by the above-entitled Court for January 31, 2012. Sara
4 M. Poggi appeared for Macquarie. There was no appearance made on behalf of
5 Respondent Suzanne Rode ("Respondent"). Having reviewed the pleadings and
6 papers on file in this action and having considered the arguments of counsel, and
7 good cause appearing, the Court makes the following order:
8    For the reasons set forth in the Court's January 17, 2012 Order Granting
9 Petitioner's *Ex Parte* Application For A Temporary Restraining Order [Doc. # 16],
10 incorporated herein by reference, and after no further appearance from
11 Respondent, the Court issues a Preliminary Injunction enjoining Respondent from
12 proceeding with her arbitrable claims against Macquarie in any forum other than
13 arbitration before the American Arbitration Association, including without
14 limitation arbitration before the Financial Industry Regulatory Authority.

16  IT IS SO ORDERED.

18  Dated:  February 2, 2012         _____
                                      DOLLY M. GEE
19                                    United States District Judge