SEYFARTH SHAW LLP
Robert S. Whitman (SBN 2971703)
(*pro hac vice forthcoming*)
E-mail: rwhitman@seyfarth.com
Jacob Oslick (SBN 4275699)
(*pro hac vice forthcoming*)
E-mail: joslick@seyfarth.com
620 8th Avenue, 32nd Floor
New York, New York 10018
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526

SEYFARTH SHAW LLP
Jeffrey A. Wortman (SBN 180781)
E-mail: jwortman@seyfarth.com
Sara M. Poggi (SBN 259469)
E-mail: spoggi@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California  90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Petitioner
Macquarie Holdings (U.S.A.) Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MACQUARIE HOLDINGS (U.S.A.) INC.,<br><br>          Petitioner,<br><br>     v.<br><br>SUZANNE RODE,<br><br>          Respondent. | Case No. CV 12-93- DMG (CWx)<br><br>**ORDER RE PERMANENT INJUNCTION [25]** |

1.     Respondent Suzanne Rode is hereby permanently enjoined from proceeding with her arbitrable claims against Macquarie in any forum other than arbitration before the American Arbitration Association, including without limitation arbitration before the Financial Industry Regulatory Authority.

2.     Subject to the aforementioned permanent injunction, this Action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), which permits dismissal "on the terms that the Court considers proper."

3.     Notwithstanding the dismissal, the Court retains jurisdiction to enforce the permanent injunction.

4.     The parties shall bear their own respective attorneys' fees and costs.

5.     The Clerk of the Court is directed to mark this matter as closed.

**IT IS SO ORDERED.**

DATED:  May 28, 2013

                                                                            _/s/ Dolly M. Gee_  
                                                                            DOLLY M. GEE  
                                                                            United States District Judge